UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**HOWARD C. FABIAN,**

  **Plaintiff,**

v.              Case No. 3:12cv435-JAG

**FIN & FEATHER - PET CENTER, INC.,**

  **Defendant.**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  The Plaintiff, Howard C, Fabian, in the above styled case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and hereby gives notice of voluntarily dismissing Fin and Feather - Pet Center, Inc., without prejudice, as the Defendant no longer is engaged in business at the location specified in Plaintiff's Complaint.

  Respectfully submitted this 26th day of June 2012.

_____/s_____    _____
Jonathan H. Walker, Esq.       Michael A. Chester, Esq.
Virginia Bar No: 24300        Alabama Bar No: ASB-3904-L74C
*Attorney for Plaintiff*         *Proposed Pro Hac Vice Counsel*
Mason Mason Walker & Hedrick, PC   Schwartz Roller & Zwilling, LLP
11848 Rock Landing Drive, #201     600 Vestavia Parkway, Ste 251
Newport News, VA  23606       Birmingham, AL 35216
Telephone:  (757) 873-3909      Telephone: (205) 822-2701
Facsimile: (757) 873-1781       Facsimile: (205) 822-2702
Email: jwalker@masonwalker.com    Email: mchester@szalaw.com

## CERTIFICATE OF SERVICE

       I certify that on June 26, 2012, I will electronically file the foregoing Notice of Voluntary Dismissal Without Prejudice via the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jonathan H. Walker, Esq. | Michael A. Chester, Esq. |
| Virginia Bar No: 24300 | Alabama Bar No: ASB-3904-L74C |
| *Attorney for Plaintiff* | *Proposed Pro Hac Vice Counsel* |
| Mason Mason Walker & Hedrick, PC | Schwartz Roller & Zwilling, LLP |
| 11848 Rock Landing Drive, #201 | 600 Vestavia Parkway, Ste 251 |
| Newport News, VA  23606 | Birmingham, AL 35216 |
| Telephone:  (757) 873-3909 | Telephone: (205) 822-2701 |
| Facsimile:   (757) 873-1781 | Facsimile:  (205) 822-2702 |
| Email: jwalker@masonwalker.com | Email: mchester@szalaw.com |

_____/s_____            _____

| | |
|---|---|
| Jonathan H. Walker, Esq. | Michael A. Chester, Esq. |
| Virginia Bar No: 24300 | Alabama Bar No: ASB-3904-L74C |
| *Attorney for Plaintiff* | *Proposed Pro Hac Vice Counsel* |
| Mason Mason Walker & Hedrick, PC | Schwartz Roller & Zwilling, LLP |
| 11848 Rock Landing Drive, #201 | 600 Vestavia Parkway, Ste 251 |
| Newport News, VA  23606 | Birmingham, AL 35216 |
| Telephone:  (757) 873-3909 | Telephone: (205) 822-2701 |
| Facsimile: (757) 873-1781 | Facsimile: (205) 822-2702 |
| Email: jwalker@masonwalker.com | Email: mchester@szalaw.com |