IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

HOWARD C. FABIAN,
        Plaintiff,

v.                                                   Civil Case No. 3:12cv435-JAG

FIN & FEATHER – PET CENTER, INC.,
        Defendant.

## ORDER

THIS MATTER is before the Court on the plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dk. No. 6) filed June 26, 2012. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court hereby DISMISSES the case without prejudice. This matter shall be closed for administrative purposes.

It is SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: June 27, 2012
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge